# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-2189
LT Case No. 2020-DR-2148

———————————————

RAYMOND EVANS,

   Appellant,

   v.

JULIANA EVANS,

   Appellee.

———————————————

On appeal from the Circuit Court for Hernando County.
Thomas R. Eineman, Judge.

Raymond Evans, Brooksville, pro se.

Kimberly A. Scarano, of Jeffrey P. Cario, P.A., Brooksville, for
Appellee.

August 27, 2024

PER CURIAM.

   AFFIRMED.

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____